# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDUCATION EXPLOSION, INC.
AND IMPACT CHARTER SCHOOL

NO.  2025 CW 0902

VERSUS

CHAKESHA SCOTT, ERIC SCOTT,
COURTNEY SCOTT, MARILYN
WEBB, AND FRIENDS OF IMPACT
CHARTER SCHOOL

**NOVEMBER 17, 2025**

---

In Re:    Friends  of  Impact  Charter  School,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 759881.

---

BEFORE:    **MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of each pleading on which the judgment was founded, including the exception and petition(s), in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8). In addition, the writ application further failed to comply with Rule 4-5(C)(9), as it failed to include a copy of any opposition and attachments thereto, filed by a party in the district court or a statement by the applicant that no opposing written document was filed.

Supplementation  of  this  writ  application  and/or  an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this  court,  it  must  contain  all  pertinent  documentation,  the missing items noted above, and must comply with Uniform Rules of Louisiana  Courts  of  Appeal,  Rule  2-12.2.  Any  new  application must be filed on or before December 17, 2025, and must contain a copy of this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT